# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HEYWOOD BECKER | : | No. 301 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| U.S. BANK, N.A. | : | |
| | : | |
| | : | |
| PETITION OF: HEYWOOD BECKER | : | |

| | | |
|---|---|---|
| U.S. BANK, N.A. | : | No. 302 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| GEORGE KIRIAKIDIAND HEYWOOD BECKER | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  HEYWOOD BECKER | : | |

| | | |
|---|---|---|
| HEYWOOD BECKER | : | No. 303 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| U.S. BANK, N.A. | : | |
| | : | |
| PETITION OF: HEYWOOD BECKER | : | |

| | | |
|---|---|---|
| HEYWOOD BECKER | : | No. 304 MAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| E. KEITH DARROW | : | |
| | : | |
| | : | |
| PETITION OF: HEYWOOD BECKER | : | |

| | | |
|---|---|---|
| HEYWOOD BECKER | : | No. 305 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| ESTATE OF RICHARD RESTIFO | : | |
| DECEASED A/K/A RICHARD J. RESTIFO, | : | |
| EMILY MARIE CIPRIANO, ADMIN. A/K/A | : | |
| EMILY M. CIPRIANO, AND UNITED | : | |
| STATES OF AMERICA | : | |
| | : | |
| | : | |
| PETITION OF: HEYWOOD BECKER, | : | |
| ESTATE OF RICHARD RESTIFO | : | |
| DECEASED A/K/A RICHARD J. RESTIFO | : | |
| AND EMILY MARIE CIPRIANO, ADMIN. | : | |
| A/K/A EMILY M. CIPRIANO | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal,
the Petition for Leave to File a Response in Support of Petitioners' Petition for Allowance
of Appeal, and the Conditional Cross-Application for Leave to File Sur-Reply in Opposition
to Petitioners' Petition for Allowance of Appeal are **DENIED**.